Bonnie MacNaughton (SBN 107402)
Max Hensley (*pro hac vice*)
Jordan Clark (*pro hac vice*)
James H. Wendell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        bonniemacnaughton@dwt.com
              maxhensley@dwt.com
              jordanclark@dwt.com
              jamiewendell@dwt.com

John D. Freed (SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>GAMEEST INTERNATIONAL NETWORK SALES CO.; et al.,<br><br>  Defendants. | Case No. 5:17-cv-02883-LHK<br><br>**STIPULATED ORDER AND PERMANENT INJUNCTION** |

**STIPULATION**

Plaintiff Microsoft Corporation and Defendants Gameest International Network Sales Co. ("Gameest") and Weiwei Chu ("Chu"), by and through their respective counsel of record, hereby stipulate and agree to entry of the Order and Permanent Injunction below.

DATED this 3rd day of April, 2018.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiff Microsoft Corp.*<br><br>By  *s/ Bonnie E. MacNaughton*<br>   Bonnie E. MacNaughton (SBN 107402)<br>   Max Hensley (pro hac vice)<br>   Jordan Clark (pro hac vice)<br>   James H. Wendell (pro hac vice)<br>   1201 Third Avenue, Suite 2200<br>   Seattle, WA 98101-3045<br>   Tel: (206) 622-3150<br>   Fax: (206) 757-7700<br>   Email:  bonniemacnaughton@dwt.com<br>              jamiewendell@dwt.com<br>              maxhensley@dwt.com<br>              jordanclark@dwt.com<br><br>   John D. Freed<br>   505 Montgomery Street, Suite 800<br>   San Francisco, California  94111<br>   Tel: (415) 276-6500<br>   Fax: (415) 276-6599<br>   Email:  jakefreed@dwt.com | SAC ATTORNEYS LLP<br>*Attorneys for Defendants Gameest and Chu*<br><br>By  *s/ James Cai*<br>   James Cai (SBN 200189)<br>   1754 Technology Drive, Suite 122<br>   Seattle, WA  98101-4089<br>   Tel:  (408) 436-0789<br>   Fax: (408) 436-758<br>   Email: jcai@sacattorneys.com |

## ORDER AND PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED:

1. Defendants hold three accounts ending in -67675, -75311 and -40568 with PayPal Holdings, Inc. ("PayPal"), one account at HSBC USA ending in -5677, and one account at U.S. Bank ending in -4371, which are currently subject to the Court's Preliminary Injunction (ECF No. 28).  This Court orders those institutions to immediately transfer all funds held in these accounts to Microsoft through its attorneys' client trust account at Davis Wright Tremaine LLP, by check transmitted by Federal Express or hand-delivered to Bonnie MacNaughton, Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101.

2. Upon completion of the transfers above, the Court's Preliminary Injunction (ECF No. 28) is vacated, and shall no longer restrain any of Defendants' assets.

3. Microsoft's bond in the amount of $10,000 posted in connection with the Preliminary Injunction shall be released to Microsoft's counsel of record in this action.

4. Defendants Gameest and Chu, and their directors, principals, officers, members, partners, employees, agents, successors and assigns, including, but not limited to, Changzhou Jiandan Network Information Services Co., a company wholly owned by Defendant Chu and which was engaged in the activities alleged in the Complaint, are permanently enjoined and restrained from:

    a) Creating, purchasing, acquiring, trading, transferring, advertising, marketing, selling, distributing or otherwise disposing of any Microsoft Account, Microsoft Account credentials, other Microsoft service or product in a manner that violates Microsoft's use terms and/or state or federal law;

    b) Using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service marks in connection with the manufacture, assembly, production, distribution, offering for distributing, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software, component, and/or other item (including any Microsoft Account) not authorized or licensed by Microsoft;

    c) Engaging in any other activity constituting an infringement of any of Microsoft's trademarks or services marks, or of Microsoft's rights in, or right to use or to exploit, such trademarks or services marks; and/or

    d) Assisting, aiding, or abetting any other person or business entity, including Changzhou Jiandan Network Information Services Co., which is wholly owned by Defendant Chu, in engaging in or performing any of the activities listed above.

5. This matter will be dismissed with prejudice upon Microsoft's subsequent filing of a stipulated dismissal after satisfaction of Defendants' financial obligations.

DATED THIS __4th__ day of __April__, 2018.

_(signature: Lucy H. Koh)_
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 3rd day of April, 2018.

<em>s/ Bonnie E. MacNaughton</em><br>Bonnie E. MacNaughton