Bonnie MacNaughton (SBN 107402)
Max Hensley (*pro hac vice*)
Jordan Clark (*pro hac vice*)
James H. Wendell (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com
             maxhensley@dwt.com
             jordanclark@dwt.com
             jamiewendell@dwt.com

John D. Freed (SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jakefreed@dwt.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>GAMEEST INTERNATIONAL NETWORK SALES CO.; et al.,<br><br>           Defendants. | Case No. 5:17-cv-02883-LHK<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Gameest International Network Sales Co. and Weiwei Chu (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1

STIPULATED DISMISSAL
Case No. 5:17-cv-02883-LHK

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2. The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' settlement agreement and the Stipulated Order and Permanent Injunction (ECF No. 69).

DATED this 25th day of May, 2018.

| DAVIS WRIGHT TREMAINE LLP | SAC ATTORNEYS LLP |
|---|---|
| *Attorneys for Plaintiff Microsoft Corp.* | *Attorneys for Defendants Gameest and Chu* |

By  *s/ James H. Wendell*
    Bonnie E. MacNaughton (SBN 107402)
    Max Hensley (pro hac vice)
    Jordan Clark (pro hac vice)
    James H. Wendell (pro hac vice)
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email:  bonniemacnaughton@dwt.com
            jamiewendell@dwt.com
            maxhensley@dwt.com
            jordanclark@dwt.com

    John D. Freed
    505 Montgomery Street, Suite 800
    San Francisco, California  94111
    Tel: (415) 276-6500
    Fax: (415) 276-6599
    Email:  jakefreed@dwt.com

By  *s/ James Cai*
    James Cai (SBN 200189)
    1754 Technology Drive, Suite 122
    Seattle, WA  98101-4089
    Tel:  (408) 436-0789
    Fax: (408) 436-758
    Email: jcai@sacattorneys.com

**ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED:

a) Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

b) The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' settlement agreement and the Stipulated Order and Permanent Injunction (ECF No. 69).

1   DATED this ____ day of _____, 2018.

_____
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 25th day of May, 2018.

*s/ James H. Wendell*
James H. Wendell